No. 43848.—Protests 957180–G, etc., of N. Y. Merchandise Co., Inc., et al. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of dime savings banks similar to those the subject of Abstract 42749.   The claim at 40 percent under paragraph 339 was therefore sustained.

No. 43849.—Protests 982977–G, etc., of M. Pressner & Co. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of dime savings banks similar to those the subject of Abstract 42749.   The claim at 40 percent under paragraph 339 was therefore sustained.

No. 43850.—Protests 980948–G, etc., of Gellman Bros. (Minneapolis).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel the merchandise in question was found to be needle threaders similar to those the subject of Abstract 38680, dime savings banks like those passed upon in Abstract 42749, and tape measures like those the subject of Abstract 43372, and was held dutiable at 40 percent under paragraph 339 as household utensils or hollow ware.

No. 43851.—Protest 27200–K of B. Altman & Co. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of trays identical with those the subject of Abstract 43042.   The claim at 40 percent under paragraph 339 was therefore sustained.

No. 43852.—Protest 23699–K of United American Bosch Corp. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of gas appliances and gas pilots similar to those the subject of United American Bosch Corp. v. United States (2 Cust. Ct. 106, C. D. 99).   The claim at 27½ percent under paragraph 372 was therefore sustained.

No. 43853.—Protest 26248–K of Selsi Co., Inc. (New York).

Opinion by DALLINGER, J.   On the agreed facts the weather houses in question were held dutiable as manufactures in chief value of wood at 33⅓ percent under paragraph 412 as claimed.